1044

No. 828. BROTHMAN ET AL. v. MICHIGAN. Ct. App. Mich. Certiorari denied. *Ernest Goodman* and *Chester J. Antieau* for petitioners. *Thomas F. Shea* for respondent.

No. 838. SMOLEN v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied. *Melvin L. Wulf* for petitioner.

No. 847. MARCELLO ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Jack Wasserman* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin* and *Loring W. Post* for respondent.

No. 848. GAILLARD ET UX. v. FIELD, ADMINISTRATRIX. C. A. 10th Cir. Certiorari denied. *William Walter Hentz, Jr.,* for petitioners. *George L. Verity* for respondent.

No. 852. COX, ADMINISTRATRIX v. NORTHWEST AIRLINES, INC.; and
No. 853. NORTHWEST AIRLINES, INC. v. COX, ADMINISTRATRIX. C. A. 7th Cir. Certiorari denied. *James A. Dooley* for petitioner in No. 852 and for respondent in No. 853. *Owen Rall* for petitioner in No. 853 and for respondent in No. 852. Reported below: 379 F. 2d 893.

No. 854. FEINBERG v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jay Leo Rothschild* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Paul C. Summitt* for the United States.

No. 873. COSTA v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied. *F. Lee Bailey* for petitioner.